JAMES B. MACY, ESQ. [071777]
LAW OFFICES OF JAMES B. MACY
7309 Stockton Boulevard, Suite B
Sacramento, CA 95823
916-392-5685
916-392-5687 (FAX)

Attorney for PING HONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

--oo0oo--

| | |
|---|---|
| PING HONG,<br><br>    Plaintiff,<br><br>v.<br><br>PETER D. KEISLER, Acting Attorney General of the United States, et. al.,<br><br>    Respondents.<br>_____/ | Case No. 1:07-cv-01503-AWI-SMS<br><br>STIPULATION TO INTRA-DISTRICT TRANSFER PURSUANT TO LOCAL RULE **3-120(f); ORDER** |

    Plaintiff, by and through her counsel, inadvertently commenced this action in the Fresno division of the Eastern District of California.

    The appropriate venue, based on the Plaintiff's residence in Sacramento County, is the Sacramento Division. [Local Rule 3-120(d).]

    On the basis that the action has not been commenced in the proper court in accordance with Rule 3-120(d) the undersigned parties stipulate that the action be transferred to the Sacramento Division of the Eastern District of California. SO STIPULATED.

_____

**STIPULATION TO INTRA-DISTRICT TRANSFER**                                                          Page 1

1  DATED:                                                    DATED:

2  /s/ Audrey Hemesath                              /s/ James B. Macy

3  _____          _____

4  AUDREY HEMESATH                              JAMES B. MACY
   Assistant United States Attorney                 Attorney at Law
5  Attorney for Defendants                           Attorney for Plaintiff

6                                                    **ORDER**

7  GOOD CAUSE APPEARING the court orders an intra-transfer to the Sacramento Division of

8  the Eastern District of California.

11 IT IS SO ORDERED.

12 **Dated:   January 4, 2008**                   **/s/ Sandra M. Snyder**
13                                                    UNITED STATES MAGISTRATE JUDGE

28 **STIPULATION TO INTRA-DISTRICT TRANSFER**                               Page 2